# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150122 & (81)

NATIONAL WILDLIFE FEDERATION,
YELLOW DOG WATERSHED PRESERVE,
INC., KEWEENAW BAY INDIAN
COMMUNITY, and HURON MOUNTAIN
CLUB,
              Petitioners-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY and KENNECOTT EAGLE
MINERALS COMPANY,
              Respondents-Appellees.

SC: 150122
COA: 308366
Ingham CC: 11-000158-AA

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the August 12, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2015



Clerk

a0909